[No. 58877-0-I.   Division One.   August 27, 2007.]

ROGELIO H.A. RUVALCABA ET AL., *Appellants*, v. KWANG HO BAEK ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-07787-3, Michael J. Fox, J., entered August 25, 2006. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Dwyer, J.; Cox, J., concurring separately.

[No. 34721-1-II.   Division Two.   August 28, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DEAN HEAGY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-01712-1, Sally F. Olsen, J., entered April 14, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Armstrong and Penoyar, JJ.

[No. 34757-1-II.   Division Two.   August 28, 2007.]

NATKIN-SCOTT ET AL., *Appellants*, v. M+W ZANDER, U.S. OPERATIONS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-2-01018-9, Diane M. Woolard, J., entered April 14, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Armstrong and Penoyar, JJ.

[No. 35653-8-II.   Division Two.   August 28, 2007.]

BARBARA SAYERS, *Appellant*, v. WESLEY N. SAYERS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-2-00782-8, Leonard W. Costello, J., entered October 17, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Armstrong and Penoyar, JJ.